JAN P. JOHNSON
Standing Chapter 13 Trustee
Kristen A. Koo, State Bar #230856
Karin M. Bruce, State Bar #292245
P. O Box 1708
Sacramento, CA 95812-1708
(916) 239-6666
pobox1708@jpj13trustee.com

**FILED**
**DEC -1 2017**
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

IN RE: JUSTIN DEWAYNE ROBERTS, ) CASE NUMBER: 12-40480 B13
)
JESSICA NICOLE ROBERTS )
)
) **TRUSTEE'S NOTICE OF**
) **UNCLAIMED FUNDS**
)
)
)
)
Debtor(s) )

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT

JAN P. JOHNSON, Standing Chapter 13 Trustee, herewith submits check number **372452** of which **$6,843.97** represents the total amount of unclaimed funds in the above captioned bankruptcy estate. This sum is being paid over pursuant to 11 U.S.C. §347(a) and Bankruptcy Rule 3011. The intended recipient(s) of these funds is as follows:

///

///

///

COURT CLAIM NUMBER: 10

TRUSTEE CLAIM NUMBER: 11028

CLAIMANT: DAVE MOELLER
P O BOX 34
DUTCH FLAT, CA 95714

AMOUNT OF CLAIM: $61,282.20

AMOUNT OF UNCLAIMED FUNDS: $6,843.97

CHECK TOTAL: $6,843.97

Dated: November 29, 2017

_____
Jan P. Johnson
Standing Chapter 13 Trustee